1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON; CHEVY SWANSON**, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**ANA MARI CAUCE**, in her official capacity as president of the University of Washington; **GERALD J. BALDASTY**, in his official capacity as provost and executive vice president; **RENE SINGLETON**, individually and in her official capacity as assistant director, Student Activities; **CHRISTINA COOP**, individually and in her official capacity as senior activities advisor, Student Activities; **JOHN N. VINSON**, individually and in his official capacity as Chief of the University of Washington, Seattle, Police Department; **CRAIG WILSON** individually and in his official capacity as University of Washington, Seattle, Police Department Patrol Commander; and DOES 1-25;<br><br>Defendants. | NO. _____<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Motion Date:_____ |

PLEASE TAKE NOTICE that Plaintiffs College Republicans of the University of Washington and Chevy Swanson {"Plaintiffs"), by and through counsel, will and hereby do move this Court pursuant to Fed. R. Civ. P. 65(b) and Local Rule 65-1 for a temporary restraining order against University of Washington ("UW Seattle") officials, Defendants Ana Mari Cauce, in her official capacity as president of the University of Washington; Gerald J. Baldasty, in his official capacity as provost and executive vice president; Rene Singleton, individually and in her official capacity as assistant director, Student Activities; Christina Coop, individually and in her official capacity as senior activities advisor, Student Activities; John N. Vinson, individually and in his official capacity as Chief of the University of Washington Police Department; Craig Wilson, individually and in his official capacity as University of Washington Police Department Patrol Commander; and DOES 1-25 ("Defendants"). This Motion is brought on the grounds that Plaintiffs are likely to succeed on the merits of this case, they will suffer irreparable harm without injunctive relief, the balance of equities tips sharply in their favor, and the relief sought is in the public interest. This Motion is supported by the accompanying Memorandum of Points and Authorities; by Plaintiffs' Complaint and all Exhibits attached thereto; by the Declaration of William J. Becker, Jr., in support thereof and all exhibits attached thereto; by the declaration of Chevy Swanson in support thereof and all exhibits attached thereto; by Plaintiffs' Complaint and all Exhibits attached thereto; and by such further argument and evidence to be submitted at oral argument.

Plaintiffs seek a temporary restraining order enjoining Defendants (1) from assessing a prohibitively excessive security fee against Plaintiffs arising from their application for use of the UW Seattle Red Square location on Saturday, February 10, 2018, to engage in peaceful speech and assembly and (2) from denying Plaintiffs a permit for use of said location on said date or otherwise prohibiting or preventing Plaintiffs' event, including, but not limited to, the appearance of Joey Gibson ("Gibson") as scheduled for Saturday, February 10, 2018, in Red Square on the UW Seattle campus. This shall include an order that Defendants shall provide adequate security for Plaintiffs and Gibson, event attendees, peaceful protesters, and all other persons on the UW Seattle campus during the event. Plaintiffs further request that the Court issue an order to show cause why a preliminary injunction should not issue enjoining Defendants from further enforcement of its security fee policy as discussed below and in the Complaint, until Plaintiffs' claims may be fully adjudicated by the Court. Plaintiffs request that the Court waive any bond requirement, because enjoining Defendants from unconstitutionally imposing a exorbitant security fee on Plaintiffs acts as a tax on protected speech and will not financially affect Defendants.

DATED this February 6, 2018

ELLIS, LI & McKINSTRY PLLC

*s/ Kyle D. Netterfield*

Kyle D. Netterfield WSBA No. 27101
Ellis, Li & McKinstry PLLC
2025 First Avenue PHA
Seattle, WA  98121
Telephone: (206) 682-0565

1  
2  Fax: (206) 625-1052  
Email: knetterfield@elmlaw.com  

3  Attorneys for Plaintiffs, College  
Republicans of the University of  
4  Washington and Chevy Swanson  

5  
6  
7  FREEDOM X  

8  
  *s/*  
9  _____  
William J. Becker, Jr., ESQ. SBN No. 134545  
10  (Pro Hac Vice Application Pending)  
Freedom X  
11  11500 Olympic Blvd., Suite 400  
Los Angeles, CA  90064  
12  Telephone:  (310)636-1018  
13  Fax: (310) 765-6328  
Email: bill@freedomxlaw.com  
14  
15  Attorneys for Plaintiffs, College  
Republicans of the University of  
16  Washington and Chevy Swanson  

17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27