UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON; CHEVY SWANSON**, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**ANA MARI CAUCE**, in her official capacity as president of the University of Washington; **GERALD J. BALDASTY**, in his official capacity as provost and executive vice president; **RENE SINGLETON**, individually and in her official capacity as assistant director, Student Activities; **CHRISTINA COOP**, individually and in her official capacity as senior activities advisor, Student Activities; **JOHN N. VINSON**, individually and in his official capacity as Chief of the University of Washington, Seattle, Police Department; **CRAIG WILSON** individually and in his official capacity as University of Washington, Seattle, Police Department Patrol Commander; and DOES 1-25;<br><br>Defendants. | NO. _____<br><br>**DECLARATION OF WILLIAM J. BECKER JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

1

DECLARATION OF WILLIAM J. BECKER, JR. –
Case No:

FREEDOM X
11500 OLYMPIC BLVD, SUITE 400
LOS ANGELES, CA 90064

I, William J. Becker, Jr., declare as follows:

1. I am lead counsel for Plaintiffs herein awaiting approval of my application for pro hac vice admission to the Western District. I am located and doing business in Los Angeles, California.

2. The following facts and circumstances are personally known to me, and if called upon to do so, I could and would competently testify as to them.

3. This declaration is presented in support of Plaintiffs' Motion for a TRO/Preliminary Injunction.

4. On February 5, 2018, I contacted counsel for the Defendants, Karin Nyrop, Division Chief University of Washington Division, Office of the Attorney General, by email requesting (1) service instructions on her clients, and (2) agreement to appear telephonically for the TRO hearing. Ms. Nyrop stated that she would respond to request no. 1 after speaking to her clients but would likely accept service on their behalf and graciously agreed to allow me to appear telephonically at the TRO hearing.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 6th day of February, 2018, at Los Angeles, California.

/s WILLIAM J. BECKER, JR.
WILLIAM J. BECKER, JR.

2

DECLARATION OF WILLIAM J. BECKER, JR. –
Case No:

FREEDOM X
11500 OLYMPIC BLVD, SUITE 400
LOS ANGELES, CA 90064