UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON; CHEVY SWANSON**, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**ANA MARI CAUCE**, in her official capacity as president of the University of Washington; **GERALD J. BALDASTY**, in his official capacity as provost and executive vice president; **RENE SINGLETON**, individually and in her official capacity as assistant director, Student Activities; **CHRISTINA COOP**, individually and in her official capacity as senior activities advisor, Student Activities; **JOHN N. VINSON**, individually and in his official capacity as Chief of the University of Washington, Seattle, Police Department; **CRAIG WILSON** individually and in his official capacity as University of Washington, Seattle, Police Department Patrol Commander; and DOES 1-25;<br><br>Defendants. | NO. 2:18-cv-00189-MJP<br><br>**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT AND TELEPHONIC APPEARANCE; ORDER**<br><br>Motion Date:_____ |

1  PLEASE TAKE NOTICE that Plaintiffs College Republicans of the University of Washington and Chevy Swanson {"Plaintiffs"), by and through counsel, will and hereby request oral argument in connection with their Motion for Temporary Restraining Order.

Plaintiffs' lead counsel, William J. Becker, Jr., will argue for the Plaintiffs. Counsel hereby requests that he be allowed to appear at the hearing telephonically as he is located in Los Angeles, California.

DATED this February 7, 2018

ELLIS, LI & McKINSTRY PLLC

*s/ Kyle D. Netterfield*
Kyle D. Netterfield WSBA No. 27101
Ellis, Li & McKinstry PLLC
2025 First Avenue PHA
Seattle, WA 98121
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: knetterfield@elmlaw.com

Attorneys for Plaintiffs, College Republicans of the University of Washington and Chevy Swanson

FREEDOM X

*s/*
William J. Becker, Jr., ESQ. SBN No. 134545
(Pro Hac Vice Application Pending)
Freedom X
11500 Olympic Blvd., Suite 400
Los Angeles, CA 90064
Telephone: (310)636-1018
Fax: (310) 765-6328
Email: bill@freedomxlaw.com

PLTS' REQ. FOR ORAL ARGUMENT AND TELEPHONIC APPEARANCE; ORDER

Page - 2

FREEDOM X
11500 Olympic Blvd Suite 400
Los Angeles, CA 90064
310-765-6328  Fax: 310-765-6328

Attorneys for Plaintiffs, College Republicans of the University of Washington and Chevy Swanson

IT IS SO ORDERED.

DATED: February _____, 2018

_____
Hon. Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

PLTS' REQ. FOR ORAL ARGUMENT AND TELEPHONIC APPEARANCE; ORDER

Page - 3

FREEDOM X
11500 Olympic Blvd Suite 400
Los Angeles, CA  90064
310-765-6328  Fax: 310-765-6328