Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON**; and **CHEVY SWANSON**, an Individual,<br><br>                              Plaintiffs,<br><br>       v.<br><br>**ANA MARI CAUCE**, in her official capacity as president of the University of Washington; **GERALD J. BALDASTY**, in his official capacity as provost and executive vice president; **RENE SINGLETON**, individually and in her official capacity as assistant director, Student Activities; **CHRISTINA COOP**, individually and in her official capacity as senior activities advisor, Student Activities; **JOHN N. VINSON**, individually and in his official capacity as Chief of the University of Washington, Seattle, Police Department; **CRAIG WILSON** individually and in his official capacity as University of Washington, Seattle, Police Department Patrol Commander; and DOES 1-25;<br><br>                              Defendants. | No. 2:18-CV-00189 MJP<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>[PROPOSED] |

ORDER DENYING PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER - 1
(Case No. 2:18-CV-00189 MJP)
10010 00124 hb08bg37jh

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1  This Motion comes before the Court on Plaintiffs' Motion for Temporary Restraining

2  Order. Having thoroughly considered the parties' briefing, the relevant record, and the argument

3  of counsel, the Court hereby DENIES the motion.

4  DATED this _____ day of February, 2018.

5

6

7

8  _____
   Honorable Marsha J. Pechman
   UNITED STATES DISTRICT COURT JUDGE

9

10 Presented By:

11 P<small>ACIFICA</small> L<small>AW</small> G<small>ROUP</small> LLP

12

13 By */s/ Paul J. Lawrence*
   Paul J. Lawrence, WSBA # 13557
14 Jamie L. Lisagor, WSBA # 39946

15 Attorneys for Defendants

ORDER DENYING PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER - 2
(Case No. 2:18-CV-00189 MJP)
10010 00124 hb08bg37jh

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750