UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON; CHEVY SWANSON, an Individual, Plaintiffs,<br><br>vs.<br><br>ANA MARI CAUCE, in her official capacity as president of the University of Washington; GERALD J. BALDASTY, in his official capacity as provost and executive vice president; RENE SINGLETON, individually and in her official capacity as assistant director, Student Activities; CHRISTINA COOP, individually and in her official capacity as senior activities advisor, Student Activities; JOHN N. VINSON, individually and in his official capacity as Chief of the University of Washington, Seattle, Police Department; CRAIG WILSON individually and in his official capacity as University of Washington, Seattle, Police Department Patrol Commander; and DOES 1-25; Defendants.<br>                Defendants. | No. 2:18-cv-00189<br><br>DECLARATION OF CRAIG L. WILSON |

DECLARATION OF CRAIG WILSON    1

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, Floor 18
Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

procedures for hosting events on campus. Since joining UWPD, I have participated in providing security at hundreds of events.

6. For events organized by RSOs, UWPD is forwarded information from the Student Activities Office, which is part of the Office of Special Programs. This information includes basic facts about the event, including the date, time, location, and type, and identifies whether the event is open to the public and whether alcohol will be served. UWPD takes this information, along with other information gained from the event sponsors, as the starting point for its security analysis and security planning.

7. In addition to the information provided by the student group, UWPD typically consults open-source websites, such as social media websites, to corroborate or clarify information about the event, particularly the expected size. Moreover, UWPD regularly consults with the Seattle Police Department, Federal Bureau of Investigation, and other local, state, and federal law enforcement agencies when gathering information used to determine potential threats and security needs.

8. In reviewing the security needs for any given event, a variety of factors are taken into account, including the date, time, location, anticipated size of event, whether the event is open to the public, whether past events sponsored by the same group produced security concerns. When a guest speaker is invited, UWPD also assesses whether past events of the guest speaker produced security concerns.

9. For the planned College Republicans Patriot Prayer event estimated security costs after considering:

- The date and time of the event (a Saturday, for three hours in the afternoon)

DECLARATION OF CRAIG WILSON        3        ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, Floor 18
Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this  8th day of February, 2018.

_____
CRAIG L. WILSON

DECLARATION OF CRAIG WILSON            5

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, Floor 18
Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779