## UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

| Plaintiff / Petitioner: COLLEGE REPUBLICANS OF THE UNIVERISTY OF WASHINGTON, CHEVY SWANSON | Case No: |
|---|---|
| Defendant / Respondent: ANA MARCI CAUCE, in her official capacity as president of The University of Washington, ET. AL., | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Wed, Feb 07 2018 at 11:40 AM, at the address of 4333 Brooklyn Ave NE, within Seattle, WA, the undersigned duly served the following document(s): Summons, Complaint for Civil Rights Violations and Related Claims, (Proposed) Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, Plaintiff's Memorandum of Points and Authorities in Support of Motion, Plaintiff's Notice of Motion for Temporary Restraining Order and For Order to Show Cause Why a Preliminary Injunction Should not Issue, Declaration of William J. Becker Jr, in Support of Plaintiff's Motion in the above entitled action upon Ana Mari Cauce, Gerald J. Baldasty, Rene Singleton, Christina Coop, John N. Vinson and Craig Wilson in care of the Attorney General of Washington, UW Division by then and there, personally delivering 1 true and correct copy of the above documents into the hands of and leaving same with Karen Nyrop, Division Chief, UW Division.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date: February 7th, 2018
Job No. 2004489

Elliot Thordarson
Halo Messenger Services, LLC
1343 SE 86th Ave
Portland, OR 97216
206-300-9564