Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON; and CHEVY SWANSON, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>ANA MARI CAUCE, in her official capacity as president of the University of Washington; GERALD J. BALDASTY, in his official capacity as provost and executive vice president; RENE SINGLETON, individually and in her official capacity as assistant director, Student Activities; CHRISTINA COOP, individually and in her official capacity as senior activities advisor, Student Activities; JOHN N. VINSON, individually and in his official capacity as Chief of the University of Washington, Seattle, Police Department; CRAIG WILSON individually and in his official capacity as University of Washington, Seattle, Police Department Patrol Commander; and DOES 1-25;<br><br>Defendants. | No. 2:18-CV-00189 MJP<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT<br><br>**Note on Motion Calendar:**<br>**March 20, 2018** |

STIPULATION AND ORDER FOR EXTENSION OF TIME TO
ANSWER AMENDED COMPLAINT - 1
(Case No. 2:18-CV-00189 MJP)

# STIPULATION

The parties hereby stipulate, through their respective counsel of record, that Defendants shall have an extension of time of five days to file an Answer to Plaintiffs' Amended Complaint. The new date for Defendants' Answer will be March 26, 2018.

DATED this 20th day of March, 2018.

| PACIFICA LAW GROUP | FREEDOM X |
|---|---|
| By */s/ Jamie L. Lisagor*<br>    Paul J. Lawrence, WSBA #13557<br>    Jamie L. Lisagor, WSBA #39946 | By */s/ William J. Becker*<br>    William J. Becker, *Pro Hac Vice* |
| *Attorneys for Defendants* | ELLIS LI & McKINSTRY PLLC<br>    Kyle D. Nutterfield, WSBA #27101 |
|  | *Attorneys for Plaintiffs* |

# ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that Defendants' Answer to Plaintiffs' Amended Complaint shall be filed on March 26, 2018.

DATED this 21st day of March, 2018.

Marsha J. Pechman
United States District Judge

Presented by:

PACIFICA LAW GROUP

By */s/ Jamie L. Lisagor*
    Paul J. Lawrence, WSBA #13557
    Jamie L. Lisagor, WSBA #39946

*Attorneys for Defendants*