Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON; and CHEVY SWANSON, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> ANA MARI CAUCE, in her official capacity as president of the University of Washington; GERALD J. BALDASTY, in his official capacity as provost and executive vice president; RENE SINGLETON, individually and in her official capacity as assistant director, Student Activities; CHRISTINA COOP, individually and in her official capacity as senior activities advisor, Student Activities; JOHN N. VINSON, individually and in his official capacity as Chief of the University of Washington, Seattle, Police Department; CRAIG WILSON individually and in his official capacity as University of Washington, Seattle, Police Department Patrol Commander; and DOES 1-25; <br><br> Defendants. | No. 2:18-CV-00189 MJP <br><br> DECLARATION OF STEFAN PENTCHOLOV |

DECLARATION OF STEFAN PENTCHOLOV - 1
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

I, Stefan Pentcholov, state as follows:

1. I am over the age of eighteen and competent to testify herein.

2. I have served as a Detective with different law enforcement agencies for a total of 32 years, with a focus on criminal intelligence and homeland security. I joined the University of Washington Police Department (UWPD) in 2005, and currently am a UWPD Detective. I also work as a liaison with the Federal Bureau Of Investigation (FBI) when the need arises. I currently serve as a Reserve U.S. Coast Guard Special Agent. In this role, I am responsible for a variety of complex investigations involving criminal law, military laws, regulations and maritime laws, and homeland security. I have served with the U.S. Coast Guard since 1998, graduated from the Federal Law Enforcement Academy, and trained accordingly. I have Top Secret security clearances, which afford me access to data that affects national security, counterterrorism/counterintelligence, or other highly sensitive data. Over the course of my career, I have received extensive training and on-the-ground experience in complex investigations, analyzing intelligence, and assessing potential security threats.

3. Through my extensive experience in federal and local law enforcement, I am familiar with the different types of investigative methods and sources that detectives and intelligence officers like me rely on in evaluating threat levels for an upcoming event. The Internet is one of law enforcement's best resources because it provides an efficient way to gather intelligence about individuals and organizations involved with an event from a variety of different sources that would otherwise not be known and/or readily accessible. Social media and online forums are unique in that they allow law enforcement to learn about real-time conversations among individuals of interest without influencing the conversation. Officers rely

DECLARATION OF STEFAN PENTCHOLOV - 2
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

on their expertise to assess the reliability of open sources, monitor for trends, and stay apprised of new developments in the days and hours leading up to an event.

4. When needed, I serve as a liaison between UWPD and the FBI. In evaluating event factors and determining appropriate security measures for events on campus, UWPD may consider intelligence and analysis provided by the FBI. In those instances, I communicate with the FBI to obtain their latest intelligence and analysis, and then work with the UWPD team to incorporate what we learn from the FBI into the security planning process. By working with the FBI in this way, UWPD is able to make use of the FBI's intelligence network and resources in assessing potential security threats and to identify any inconsistencies with UWPD's own intelligence that may require further investigation.

5. I was directly involved in the planning for the February 10, 2018 Patriot Prayer rally hosted by the University of Washington College Republican. During UWPD's planning for the Patriot Prayer event, I was in regular contact with the FBI regarding the latest intelligence and analysis on potential security threats at the rally. UWPD Chief of Police Vinson and I exchanged communications with the FBI multiple times each day during the week leading up to the rally and assessed whether and how the FBI's intelligence might impact UWPD's research and analysis. I attended daily meetings with UWPD leadership the week before the event. At that time, Chief Vinson and I confirmed that the FBI's intelligence was consistent with publicly available information that UWPD was relying on, including the risk that Patriot Prayer and Proud Boys members attending the event might be armed.

//

//

//

DECLARATION OF STEFAN PENTCHOLOV - 3
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 26TH day of March, 2018.

_____
STEFAN PENTCHOLOV

DECLARATION OF STEFAN PENTCHOLOV - 4
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2018, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 27th day of March, 2018.

_____
Dawn M. Taylor

DECLARATION OF STEFAN PENTCHOLOV - 5
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750