Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON; and CHEVY SWANSON, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>ANA MARI CAUCE, in her official capacity as president of the University of Washington; GERALD J. BALDASTY, in his official capacity as provost and executive vice president; RENE SINGLETON, individually and in her official capacity as assistant director, Student Activities; CHRISTINA COOP, individually and in her official capacity as senior activities advisor, Student Activities; JOHN N. VINSON, individually and in his official capacity as Chief of the University of Washington, Seattle, Police Department; CRAIG WILSON individually and in his official capacity as University of Washington, Seattle, Police Department Patrol Commander; and DOES 1-25;<br><br>Defendants. | No. 2:18-CV-00189 MJP<br><br>DECLARATION OF CHRISTOPHER JAROSS |

DECLARATION OF CHRISTOPHER JAROSS - 1
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

I, Christopher Jaross, state as follows:

1.  I am over the age of eighteen and competent to testify herein.

2.  I am a Lieutenant with UWPD, and have been in that position since October, 2011. I have been a law enforcement officer for 18 years. I was hired by UWPD in August 21, 2000 as a Police Officer. My assigned duties currently include the coordination and logistical liaison for groups that are holding events on campus that may need Police/Security assistance.

3.  In my role as Lieutenant, I have been involved with developing and implementing security plans for hundreds of events that may affect campus safety, security, and operation. These events include everything from Husky sporting events to University events like Commencement, Convocation, and events hosted by departments within the University and student organizations (Registered Student Organizations (RSOs)). As a result, I have extensive knowledge of UWPD's security planning process for campus events, including how UWPD develops an appropriate security plan and calculates security fees to pay for any enhanced security measures. I am also familiar with the Safety and Security Protocols for Events Sponsored by Student Organizations (the "Protocols"), which memorializes these processes.

4.  The following chart sets forth the enhanced security fees assessed by UWPD for events hosted by student organizations in 2017:

| Event Date | Event Title | Sponsoring Student Group | Amount Invoiced | Date Invoiced | Date Paid |
|---|---|---|---|---|---|
| 1/20/2017 | Milo Yiannopolis Event | College Republicans | $9,120.92 | 2/28/2017 | 3/1/2017 |
| 2/18/2017 | Alpha Delta Phi Dance | Alpha Delta Phi | $403.92 | 2/28/2017 | 3/10/2017 |
| 3/4/2017 | Phi Kappa Phi Founders Day | Phi Kappa Phi | $427.68 | 3/31/2017 | 4/5/2017 |

DECLARATION OF CHRISTOPHER JAROSS - 2
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

| | | | | | |
|---|---|---|---|---|---|
| 3/7/2017 | Shaun King Lecture | ASUW | $3,130.38 | 3/31/2017 | 4/5/2017 |
| 4/1/2017 | Desi Dhamaka Event | Desi Dhamaka | $855.36 | 4/30/2017 | 5/5/2017 |
| 4/8/2017 | Spring Pow Wow (Apr. 8 & 9) | First Nations at UW | $4,371.84 | 4/30/2017 | 5/5/2017 |
| 5/5/2017 | Poly Day | Polynesian Student Alliance | $2,862.39 | 5/31/2017 | 6/7/2017 |
| 5/13/2017 | Night Market Security | Taiwanese Student Association | $950.40 | 5/31/2017 | 6/7/2017 |
| 5/19/2017 | ASUW Spring Concert | ASUW | $3,310.07 | 5/31/2017 | 6/7/2017 |
| 9/25/2017 | Fall Fling 2017 | ASUW | $2,284.04 | 9/30/2017 | 10/9/2017 |
| 10/20/2017 | Phi Kappa Sigma Founder's Day | Phi Kappa Sigma | $1,496.44 | 10/31/2017 | 11/7/2017 |
| 11/15/2017 | Dinesh D'Souza | Young Americans for Freedom | $3,150.40 | 12/15/2017 | Invoiced |
| | | **Total** | **$32,363.84** | | |

5.    I was directly involved in the security planning process for all of the 2017 events in the chart above, including the determination of how many officers would be needed for the event. UWPD followed the same security planning process, now memorialized in the Protocols, for all of these event. For each event, UWPD charged fees based on the enhanced security measures that were needed to maintain safety and order at the student organization's event. The amount of fees varied because the events did not all require the same enhanced security. These differences included the size of the expected audience, whether the general public was invited, venue characteristics, date and time, and event history. In addition, the recharge rates for

DECLARATION OF CHRISTOPHER JAROSS - 3
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

UWPD officers increased from FY 2016-17 to FY 2017-18 due to higher UWPD operating costs, including a 10% salary raise negotiated by the union.

6. At the Yiannopoulos event, security was provided by UWPD, as well as state and local law enforcement. Despite this enhanced security, one person was shot and critically injured by a supporter of Yiannopoulos, and many others at the event were assaulted and wounded. College Republicans were billed only for costs for security provided for Kane Hall, not security provided by other law enforcement for the crowds that gathered outside Kane Hall.

7. In March 2017, UWPD provided enhanced security for a talk by Shaun King, a Black Lives Matter supporter, hosted by ASUW Arts & Entertainment and ASUW Black Student Commission. UWPD's security plan for the event included seven officers to provide security for the event. Less security was required for the King talk than the Patriot Prayer rally due to differences in event factors that UWPD takes into account in determining what security measures are needed for an event. For example, unlike the Patriot Prayer event, the event was held indoors at the HUB Ballroom on a Wednesday evening. Red Square has multiple access points and buildings, which can make it more difficult to secure, particularly if there is a reason to believe attendees may be armed in violation of the University's ban on firearms. While the College Republicans invited the general public to attend the Patriot Prayer event, attendance for the Sean King event was limited to ticketed students, faculty, and staff with current UW IDs. Also unlike Patriot Prayer, UWPD's research and analysis, including consultation with the FBI, did not give UWPD reason believe that King or his supporters, through their conduct, would commit or incite violence on campus. I am not aware of any reports of violence or other incidents related to the King event.

DECLARATION OF CHRISTOPHER JAROSS - 4
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

8. Several of the other 2017 events hosted by student organizations are held annually. For annual events, UWPD typically deploys the same security measures unless there was an incident the year prior or a change in another event factor, such as expected attendance, duration, or format. For example, UWPD historically provided two officers for the first day of the Spring Pow Wow hosted by First Nations of the University of Washington. However, because of car prowls that occurred during the time of the previous year's Pow Wow, UWPD required and charged for an additional officer in subsequent years to patrol campus parking lots near the venue. Similarly, UWPD increased the number of police officers for the annual Polynesian Day, hosted by Polynesian Student Alliance, after a brawl broke out at the scheduled Poly Day event.

9. I attended the Patriot Prayer event held in Red Square on February 10, 2018. I was posted in the Walker Ames Room and adjoining balconies to observe the crowd. I observed several violent clashes between rally participants and counter-protestors. At one point, I saw a large man wearing a hooded sweatshirt exit the area designated for the Patriot Prayer rally participants and approach counter protestors. This large man and several of his compatriots were acting confrontational and there appeared to be the potential for violence. Based on my first-hand observation, the large man in the hoodie goes by the name of "Tiny" and is a known spokesperson of Patriot Prayer. I am familiar with "Tiny" because of intel provided by the FBI.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 27th day of March, 2018.

DECLARATION OF CHRISTOPHER JAROSS - 5
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

_____
CHRISTOPHER JAROSS

DECLARATION OF CHRISTOPHER JAROSS - 6
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2018, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 27th day of March, 2018.

_____
Dawn M. Taylor

DECLARATION OF CHRISTOPHER JAROSS - 7
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750