# Exhibit 1

**From:** Sue Carr
**Sent:** Thursday, February 8, 2018 4:06 PM
**To:** John Vinson
**Cc:** Thomas Olson
**Subject:** Campus Event Research - Patriot Prayer

Chief,

I have attached the campus event research document for the upcoming Patriot Prayer Freedom Rally event on 2/10/18. You will find basic event information and a summary in the first two pages with additional details to follow. Each group was reviewed, and detailed information listed in the corresponding group section. Within each group you will find events listed chronologically. Events with violence and arrests have red headers and details are highlighted in yellow. Within the opposition research I copied details on the Freedom Rally and the general comments. Particularly inflammatory or inciteful language was coded with orange text.
Please note, much of the research info listed was copied directly from web pages, source location included.

I will continue to update the document until the event finalization on 2/10/18. As always, please feel free to reach out with any questions you may have.

**SUE CARR**
Strategic Initiatives and External Relations Manager
UW Police Department

Box 355200
3939 15th Avenue NE Seattle, WA 98105
206.543.4548 / fax 206.221.139  / police.uw.edu / facebook.com/UWPolice


**Check us out on Facebook! www.facebook.com/UWPolice**

**UWPD SPECIAL EVENT – MEDIA RESERACH**

Event:        Patriot Prayer Event

Date:         2/10/2018

Location:     UW Red Square

RSO:          College Republicans at UW

Notes:        College Republicans at UW have invited the Patriot Prayer group. Expect to see an increase in Patriot Prayer and Antifa participants as they will not be competing with any other events that day. There are no numbers available, so I'm expecting the total numbers to be less than 100. As the event draws closer, I think we may see some counter events pop up on social media. (summary of SPD initial intel 01/23/18)

| Supporters | Opposition |
|---|---|
| Proud Boys | Seattle Clinic Defense |
| College Republicans UW | IGD [PS Anarchists] |
| | Seattle Antifascist |
| | Redneck Revolt |
| | Punks for Progress |
| | Anarchy Now |
| | Global Anarchist |

**Other scheduled campus events**

FIUTS – CulturalFest Performance Showcase, 2/10/18 7:00PM, Meany Hall
        Doors open at 5:30
UW Athletics – Gymnastics, Indoor Track and Field Kirby Invitational

**Summary**

This report has been compiled in support of an event in Red Square, scheduled for 2/10/18. The College Republicans of the University of Washington have invited the group Patriot Prayer an opportunity to speak on campus regarding freedom of speech. The Freedom Rally is scheduled to being at 1:00PM in Red Square.

A review of the available open source information regarding the event supporters and the opposition is listed below. While Patriot Prayer promotes a more moderate conservative viewpoint with libertarian views, they have been previously associated with several 'alt-right' groups such as Proud Boys, Identity Evropa, 3%ers, and the Oath Keepers.  Joey Gibson, the founder of Patriot Prayer, has denounced racism and has denied that Patriot Prayer is connected to the alt-right.  In general, reviewing the last 6 months of activities and rallies held by Patriot Prayer, they seem to be a team of individuals looking to escalate a situation. They target areas known to hold beliefs that are significantly more progressive than their own and look to bring a conservative point of view to an already heated discussion. Of the past 11 events held since August 2017 5 have resulted in violence and arrests. It appears that a significant response from law enforcement at rally events has helped to control the behavior of crowds and members from both sides of the discussion. Patriot Prayer would rather police stay away as they deter dialog with the

opposing side. In these instances where police are "hands off" fights have been instigated by the behavior of both Patriot Prayer participants and Antifa protestors.

In reaction to this event, several opposition groups have increased their vocalizations and rhetoric on open social media, and web pages. A call to action has been made by several groups to members to show up to defend their community. Seattle Clinic Defense, It's Going Down (IGD) [PS Anarchists], Seattle Antifascists, Redneck Revolt, Punks for Progress, Anarchy Now, and Global Anarchist have all shared the event on their pages calling for direct action and motivating their followers.

- IGD advised their followers: "It's time to get creative. Figure out a plan with your crew ahead of time if you don't want to just spend the day in a shouting match with far-right trolls."
- Seattle Anti-Fascist: "We will strike the fascists with every bit of force we have with the utmost brutality possible." "We cannot back down out of fear, nor can we back down at all. We must unite to stop these scumbags in their tracks."
- Anarchy Now: Page member Comrade Bumblejack share: "Come if you can, bring a friend, take action at whatever level you feel comfortable with whether it is holding a sign, creating noise to drown them out, or punching one of them in the face. Your level of involvement is your choice, but please don't just let this happen."

Comments on all opposition pages have been in support of violence as a method to shut down the Freedom Rally.

---

PRESENTER RESEARCH

**Name**

Patriot Prayer

**Description**
"From their FB page: Patriot prayer is about using the power of love and prayer to fight the corruption both in the government and citizen levels that seek to gain power through division and deception. Click Link Below for What is Patriot Prayer?
https://www.facebook.com/100013660111371/videos/314989532299715"
**Source:** FB - @PatriotPrayerUSA

**Name**
Patriot Prayer
**Description**
Patriot Prayer is a right-wing group based in the Portland, Oregon area. Patriot Prayer describes itself as advocating in favor of free speech and opposing big government. The group has organized pro-Trump rallies and other protests in predominantly liberal areas, in which it has been met with large numbers of counter-protesters. White nationalists have attended some of the rallies organized by Patriot Prayer, sparking controversy. Joey Gibson, the founder of Patriot Prayer, has denounced racism and has denied that Patriot Prayer is connected to the alt-right.
**Source:** Wikipedia - neutrality article disputed.

**Name**
Patriot Prayer

**Description**
"Patriot Prayer is an antigovernment "Patriot" group based originally in Vancouver, Washington, and now in Portland, Oregon, that has organized a series of protests in the Pacific Northwest that have all been held in places that are established centers of liberal/left politics, all with the clear intent of attempting to provoke a violent response from far-left antifascists.

At his most recent rally, in Seattle on Aug. 13, Gibson openly denounced white supremacism and neo-Nazis. In subsequent interviews, he has taken lengths to explain that he now works to exclude them actively. There were no visible signs of white-nationalist members at the Seattle rally.

Most of Gibson's rallies have also featured the presence of "Proud Boys," whose origins and associations with white nationalists are disputed by some members. While proclaiming that he is "all about love and peace" and is hoping to spur a dialogue with the opposing side, his participants have come with a variety of armor, shields, and easily converted weapons, such as flagpoles and bats, all of which have been used in the brawls that have erupted. A number of these fights have been instigated by the behavior of Patriot Prayer participants, though others have started with Antifa protesters as well."

**Source:** https://www.splcenter.org/hatewatch/2017/08/25/what-you-need-know-about-saturdays-patriot-rally-san-francisco

**Events:**

**Portland Rally   8/7/2017**

"Rally in downtown Portland, which included several white-nationalist Identity Evropa activists and the Proud Boys. No large-scale deployment of police separating sides, which led to "a number of brawls broke out between the two sides, and the affair threatened to turn into a riot several times."
**Source:** https://www.splcenter.org/hatewatch/2017/08/07/patriot-rally-trolls-portlands-left-violence-only-smatterings-occur

**Seattle Patriot Prayer Rally       8/15/2017**
Rally in downtown Seattle relatively calm. Control maintained as groups kept apart by "massive police presence." Opposing voices were invited to stage and Joey Gibson denouncing the events of Charlottesville, VA.
**Source:** https://www.splcenter.org/hatewatch/2017/08/15/seattle-patriot-prayer-rally-takes-twist-leader-gibson-denounces-supremacists

**San Francisco Patriot Rally, 8/28/2017**
Rallies planned for Saturday at Crissy Field San Francisco, and Sunday in downtown Berkley. Both were officially canceled for safety reasons. After much confusion, Gibson held an impromptu press conference in Pacifica. His message was new - "that he wants to bring "moderates" from "both sides" together to have conversations that would move the nation forward." "In the end, Gibson may have gotten exactly what he came for: scenes of violence by anti-fascist protesters, more media attention for himself, not to

mention headlines around the nation describing the left-wing violence, and some street cred for having endured the assaults that his events seem designed to inspire. "
**Source:** https://www.splcenter.org/hatewatch/2017/08/29/bay-area-weekend-rallies-turn-south-%E2%80%98patriot-prayer%E2%80%99-ends-violence

### Vancouver Patriot Rally, 9/10/2017

A small rally of about 100 supporters, heavily outnumbered by protesters. A number of "patriot" supporters leaving became agitated, and several small brawls broke out as well as on supporter being detained for trying to back his truck into the crowd of black-clad protestors.
**Source:** https://www.splcenter.org/hatewatch/2017/09/12/patriot-prayer-rally-again-heavily-outnumbered-again-ends-violence-close-call

### Support the American Flag, Salem, Oregon, 10/15/17

"We're here to celebrate love, God, freedom, the flag, all these things these people are trying to tear out of this country," Gibson said. "We gotta keep doing what we're doing and we don't let fear control us." Gibson stood on the Capitol steps peering down at the group of supporters, some of whom were wearing Patriot Prayer sweaters, Make America Great Again caps, along with sweatshirts and caps embellished with the American Flag. Speakers shared their thoughts on the anti-fascist group referred to as Antifa, current political climate in the United States and the importance of valuing the American Flag and what it represents.  During one speech, however, a scuffle broke out at the base of the Capitol steps between Patriot Prayer supporters and masked protesters clad in black clothing.

**Source:** http://www.statesmanjournal.com/story/news/2017/10/15/patriot-prayer-rallies-oregon-state-capitol/765091001/

### Freedom March, Berkley, 11/11/17
Minimal coverage – video from YouTube shows Joey Gibson's speech the event in People's Park, Berkley.
**Source:** https://www.youtube.com/watch?v=mxLtsH_J5MY

### March for Kate Steinle Portland, 12/9/17
A particularly fractious meeting between the right-wing group Patriot Prayer and counter-protesters in downtown Portland erupted in several scuffles, one of which left a counter-protester bloodied.

At least one member of the Patriot Prayer contingent was detained by police during the demonstration, which began as a rally in Terry Schrunk Plaza and turned into a march up and down Tom McCall Waterfront Park.

The day began with a light police presence, but after an initial scuffle when counter-protesters crossed the street from their rally site in Chapman Square, officers in riot gear lined up on the perimeter of the plaza to separate the groups.

Shortly thereafter, a brawl broke out in Chapman Square in which several people traded punches. After the groups were separated, an Oregonian/OregonLive journalist saw a Patriot Prayer affiliate cross the street and strike a counter-protester, who suffered a bloody nose. The Patriot Prayer affiliate was later taken into custody. The Portland Police Bureau said Tusitala Toese, 21, was being held in Multnomah County Jail on suspicion of second-degree disorderly conduct, harassment, fourth-degree assault and a warrant for a previous charge of second-degree disorderly conduct.

**Source:** http://www.oregonlive.com/portland/index.ssf/2017/12/1_arrested_after_fights_break.html

**NW stands against Hilary, 12/12/17**
Protest outside a scheduled speech by former Secretary of State Hilary Clinton. The anti-Hillary Patriot Prayer group protested what they call Clinton's buying out of the DNC and stealing the election from Bernie Sanders. A group calling themselves Northwest Stands Against Patriot Prayer held a counter protest, saying the Patriot Prayer group's members are white supremacists spreading hate speech. A significant police presence was observed at the venue.

**Source:** http://katu.com/news/politics/protesters-begin-arriving-for-hillary-clintons-portland-event

**March for Jesus, 12/23/17**
From the event page: Celebrate the birth, the life, and the love God brought into this world with his only son. A rebel and a revolutionary that lifted up the hated and oppressed. A man who gave everything and made the ultimate sacrifice in the name of love. An opportunity to show our appreciation and faith in Jesus through speeches and music as we march through Portland 2 days before Christmas.
[Notable, Antifa member stuck by truck when crossing the road. Posted in the comments for this event]
**Source:** https://www.facebook.com/events/2096683240560064/

**Patriot Prayer going to Women's March, Seattle, 01/20/18**
However, tensions were high at Cal Anderson Park prior to the march when a man was arrested for allegedly assaulting a police officer about an hour before the event, after a couple dozen members of the conservative pro-Trump Patriot Prayer group journeyed into the gathering to antagonize marchers. The group had organized a counter-protest to coincide with the Seattle Women's March. A group of Patriot Prayer supporters, mostly men, initially stood off to the side and used a bullhorn to shout one-off remarks like "George Soros' buses are here! You are all safe!" and "Government shutdown gives me a boner!" Some marchers attempted to drown them out, shouting "No Trump! No KKK! No fascist USA!" only to be heckled further. "Look at the people trying to attack us. Look at the people trying to chase us out of the park," said Tusitala "Tiny" Toese of Vancouver, Washington, one of the Patriot Prayer's spokespeople.
**Source:** http://features.crosscut.com/seattle-womens-march-trump-protest-second-year-women-me-too

**Patriot March Counter to Women's March, San Francisco, 01/20/18**
January 20th , 2017. The day our president was sworn in. The day Donald J Trump was elected gave so many of us hope that we haven't had in a long time. This past year has been historic to say the least. People from all over the country, from all different cultures, backgrounds, genders - have come out in

support of our country & our President. It's been absolutely amazing to watch people wake up from the matrix and do whatever they can to support the country, & to Make America Great Again!

The women's march is coming to San Francisco again, and we will be there. The city of San Francisco has claimed to be tolerant, diverse & welcoming to all - UNLESS you are a supporter of the POTUS. Since the election, everyone who supports the POTUS has been labeled a fascist, nazi, white supremacist - even with the diversity of our group they are blinded by hate. The only way to expose the lies is to confront it.

Join us on January 20th in Downtown San Francisco to expose the lies - the light of truth will shine.

There are many events going on all over the country & many from the SF Bay Area are planning on attending other events so the turnout may be low - we will be there to stand tall regardless. This event is for all patriots who live this country - all races, genders, sexual orientation- if you love America and want to make America Great - join us!

See you there .......
**Source:**  https://www.facebook.com/events/181922659208480/

**Night Time Freedom March, 01/20/18**
Night time freedom march- January 20th Portland waterfront. Bring glow sticks and lights to make it a festive experience. Note: there will be a high probability that other groups will make an attempt to riot this day for it is Trump's 1 year anniversary.
**Source:** https://www.facebook.com/events/182003969049778/

**Olympia Planned Parenthood Protest, 1/27/18**
At around 10 AM, a car with members of Patriot Prayer showed up, including Tiny, Russell Schultz, and Robert Zurfing *[self-identified proud boy]*. They showed up and aggressively asserted their love of free speech—as long as it's the kind they like. Anti-fascists started chanting and reminding Patriot Prayer of their various defeats over the last year. Joey Gibson showed up separately shortly after and approached the crowd. Triggered by someone shining a flashlight in his eyes, he reacted by lunging toward the crowd and was quickly covered in glitter and a light dusting of pepper spray. Melting like the alt-right bro-flake that he is, Joey stumbled back to his car and took his shirt off with tears streaming down his face. He quickly called on the Daddy State for help, which arrived in the form of cops and paramedics to hold his hand and soothe his bruised ego and tear-filled eyes. *Patriot prayer left by 10:30*
**Source:** https://pugetsoundanarchists.org/patriot-prayer-tries-to-bring-their-message-of-hate-to-planned-parenthood-in-olympia-leave-humiliated-and-in-tears/

**Olympia Planned Parenthood Protest, 2/2/18**
Shortly after 8 AM Robert Zerfing and Tiny showed up and waited by their car, nervously checking their phones. Had their Western Chauvinist pals flaked on them? Eventually a few more of their lot showed up and they proceeded to stand kitty corner to the clinic. Several anti-authoritarians went over and started engaging with them verbally hoping to keep them away from the clinic. This went on for some time, until Robert Zerfing started trying to grab an umbrella out of someone's hand. In the ensuing chaos Robert Zerfing was covered in glitter and Tiny's appearance was improved by the judicious application of silly string.

Robert Zerfing re-affirmed his defense of Jeremy Christian [accused MAX train attacker who killed two men defending two young girls from his anti-Muslim remarks], but it became hard to hear his twisted justifications for a racist murderer because his face was quickly covered with silly string. Let this be a lesson for all those trying to "dialog" with Proud Boys, Patriot Prayer, and their ilk: they're always happy to give a platform to white nationalists, and happy to defend them after their violent rhetoric turns into assault and murder.

## Supporters

**Name:**
Proud Boys

**Description:**
Proud Boys is a far-right men's organization founded in 2016 by Vice Media co-founder and former commentator Gavin McInnes. McInnes describes the organization as a "pro-Western fraternal organization" for men who "refuse to apologize for creating the modern world." The group has been referred to as alt-right or alt-lite; McInnes has denied the group are alt-right.

The group takes its name from the showtune "Proud of Your Boy," a song introduced in the 2011 stage-show version of Disney's Aladdin.
**Source:** https://en.wikipedia.org/wiki/Proud_Boys
**FB -** @proudboysunite

**Name:**
Proud Boys

**Description:**
"The Proud Boys, who claim to espouse "Western chauvinism," are a fratty, white power-y redux of the Men's Rights movement—except they say it's not about race, and that honoring a traditional patriarchal domestic structure isn't sexist. Less central to their beliefs but mostly just hilarious, their name comes from an *Aladdin *song called "Proud of Your Boy." They also happen to be led by mustachioed Vice co-founder Gavin McInnes. And if the rumors are true, their initiation proceedings include getting a tattoo and abstaining from masturbation, getting jumped in in a ritual that looks a lot like a pile of puppies, and beating up an antifascist."
**Source:** https://www.wired.com/2017/05/field-guide-far-right/

**Name:**
Proud Boys

**Description:**

Gavin McInnes, the 47-year-old co-founder of VICE Magazine, announced last week that he will be going "mainstream." The new venture—the details of which he says he'll reveal in about a month—will apparently include television, radio, the internet, and books.

In Rewire's three-month investigation of the far right, McInnes emerges as one of the main leaders of the so-called alt-lite, one faction on the far-right spectrum of politics that believes in the threat of "white genocide;" maintains that Islam and Muslims endanger "Western" civilization; attacks feminism and women's rights; and denigrates immigrants who are not white.

**Source:** https://rewire.news/article/2017/08/28/hate-goes-mainstream-gavin-mcinnes-proud-boys/

**Description:**
Proud Boys is a far-right men's organization founded in 2016 by Vice Media co-founder and former commentator Gavin McInnes. McInnes describes the organization as a "pro-Western fraternal organization" for men who "refuse to apologize for creating the modern world." The group has been referred to as alt-right or alt-lite; McInnes has denied the group are alt-right.

The group takes its name from the showtune "Proud of Your Boy," a song introduced in the 2011 stage-show version of Disney's Aladdin.

The Proud Boys have a four-degree initiation process for new members. In the first degree, a recruit must declare "I am a Western chauvinist who refuses to apologize for creating the modern world." According to the Southern Poverty Law Center, the second degree involves five or more Proud Boys punching the recruit until he names five breakfast cereals. To earn the third degree, the recruit must get a Proud Boy tattoo. The Proud Boys' website says that the fourth degree is reserved for those who have "endured a major conflict related to the cause." The SPLC has said this requires the recruit to get into a physical fight with an Antifa activist at a public rally.

The Proud Boys have adopted a black Fred Perry polo shirt with yellow piping as their unofficial uniform. Fred Perry was previously associated with the Mod subculture and skinhead groups, including the British National Front.  Fred Perry's CEO John Flynn denounced the affiliation with the Proud Boys in a statement to CBC Radio saying, "We don't support the ideals or the group that you speak of. It is counter to our beliefs and the people we work with."

The Proud Boys discourages its members from masturbating and watching pornography so as to motivate them to get "off the couch" and meet women

**Source:** https://en.wikipedia.org/wiki/Proud_Boys

**Events:**
**Berkeley protests, 03/04/17**
At the 2017 March 4 Trump rally in Berkeley, California, Kyle Chapman was recorded hitting a counter-protester over the head with a wooden dowel. Images of Chapman went viral, and the Proud Boys organized a crowdfunding campaign for Chapman's bail after his arrest. After this, McInnes invited

Chapman to become involved with the Proud Boys, through which he formed the Fraternal Order of the Alt-Knights.

**Berkeley Patriot Day Rally, 04/15/17**
On April 15, 2017, a Patriot's Day rally was organized in Berkeley by the Liberty Revival Alliance, which did not seek or receive a permit, and was attended by members of the Proud Boys. Violence broke out between protestors and counter-protesters, with over 20 people arrested and 11 injured.

**Disruption of Halifax Indigenous Peoples' Protest, July 1, 2017**
On July 1, 2017, five Canadian Armed Forces members who self-identified as Proud Boys disrupted a protest organized by Indigenous activists, in Halifax, Nova Scotia on Canada Day. General Jonathan Vance, the head of the CAF, later stated that the five would be removed from training and duties as the military investigated and reviewed the circumstances surrounding their actions. General Vance also indicated that the members could possibly be released from the CAF permanently.  Rear Admiral John Newton, Commander of the Maritime Fleet of the Royal Canadian Navy, was "personally horrified" by the incident and said the Proud Boys were "clearly a white supremacist group and we fundamentally stand opposed to any of their values."

**Unite the Right Rally, 08/11/17**
In June, McInnes disavowed the then-upcoming Unite the Right rally in Charlottesville, Virginia. Proud Boys were at the August 2017 alt-right event, which was organized by far-right activist Jason Kessler. Kessler had joined the Proud Boys some time before organizing the event. McInnes said he had kicked Kessler out after his views on race had become clear. After the rally, McInnes wrote on the Proud Boys website that neither the Proud Boys nor the Alt-Knights were alt-right.
**Source:** https://en.wikipedia.org/wiki/Proud_Boys#Unite_the_Right_rally

The rally occurred amidst the backdrop of controversy generated by the removal of Confederate monuments throughout the country in response to the Charleston church shooting in 2015. The event turned violent after protesters clashed with counter-protesters, leaving over 30 injured.  On the morning of August 12, Virginia governor Terry McAuliffe declared a state of emergency, stating that public safety could not be safeguarded without additional powers. Within an hour, the Virginia State Police declared the assembly to be unlawful. At around 1:45 p.m, a man linked to white-supremacist groups rammed his car into a crowd of counter-protesters about 0.5 miles (0.8 km) away from the rally site, killing one person and injuring 19. Attorney General Jeff Sessions described the attack as domestic terrorism, and authorities began a civil rights investigation to determine if the driver will be tried under hate crime statutes.

**Source:** https://en.wikipedia.org/wiki/Unite_the_Right_rally

**Vancouver Patriot Rally 9/10/2017**
On Sunday, September 10th, 2017 after the Patriot Prayer event had retreated across the Columbia River from Portland, OR to Vancouver, WA. Antifa counter protestors had the supremacists on the run when a driver reversed his Chevrolet Silverado into the crowd at speed. Protestors were able dodge the

attack and thankfully nobody was hurt. The driver sped away, only to be blocked and arrested by a police officer.

The Mt Baker Proud Boys of Bellingham, WA, Donovan Flippo and Dominick Owen (with two unidentified others) drove past counter-protestors in Vancouver, WA spraying pepper spray. A white chevy avalanche truck full of Proud Boys, driven by Donovan Flippo, drove past the crowd while passenger Dominick Owen pepper-sprayed people in the crowd. The police stopped the vehicle, but they were let it go without a charge. Donovan Flippo didn't make it far before he crashed his white Chevrolet Avalanche into a police car.

**Source:** https://pugetsoundanarchists.org/attempted-vehicular-manslaughter-and-proud-boy-violence-at-patriot-prayer-event/

College Republicans at the University of Washington

Event: Share of Patriot Prayer FB Post





College Republicans at the University of Washington



**Dieter Huneryager** Only one side is driving their cars through and shooting into crowds of people exercising their first amendment right to protest.

Like · Reply · 4h

Write a reply...

**Matthew Temblor** Going to a Rally to support college students exercising their rights is not looking for trouble, It is looking for Liberty.
Standing opposed to those bullies who wish to remove free speech from these students is not being a radical, it is being a Citizen.

I am not entirely sure of this situation, I was planning with a police presence.. but they may not be there? Trying to get more intel between my work shifts.. But I know one thing,
if the College students will be there, I will be there.

Like · Reply · 4h · Edited

**College Republicans at the University of Washington**
Police will be present.

Like · Reply · 4h

**Dieter Huneryager** (Protesting is free speech. Shooting protestors like the guy in the MAGA hat did last year is not)

Like · Reply · 4h · Edited

**Matthew Temblor** Good news police will be there and I sure hope they realize college students are the ones with the permit and the speaker is more of a libertine teeny and stance and I hope the police have kept up on their intelligence and they know that antifa is planning to come to the event and as I quote from their website practice brutality against the pigs and quote yes I will be there too and you talking about the 12th man now and Seattle we have seen what anarchist who are now makeup and Tifa did to our city in 1999 we don't want any unwelcome groups coming up here from Portland Oregon or San Francisco trying to hijack our city anymore I will be there in fact I will have some of my 12th man, beast mode attire. I nor any 12th man will ever stand by and let some group of black masked terrorist antifa Anarchist come in and Bully are college students not in our house

Like · Reply · 2h

Write a reply...

**Dieter Huneryager** Will you have tiki torches for everyone, or is it BYOTT?

Like · Reply · 5h

College Republicans at the University of Washington



**Dieter Huneryager** Will you have tiki torches for everyone, or is it BYOTT?
Like · Reply · 5h

**Patriot Prayer** I think it should be BYOM ( Bring your own Mom) for all those who are too sensitive to handle different views without losing their marbles. - KT
Like · Reply · 4h

**Dieter Huneryager** So you're saying the demonstrators should bring their own mothers? Is that to discourage overly sensitive demonstrators from driving or shooting into a crowd of counter-protestors, as they've done in the past?
Like · Reply · 4h

**Jason McKenzie** Bring your own tide pods for the protestors
Like · Reply · 4h

**Bob Drago** Hoping you can make it Dieter.
Like · Reply · 4h

**Dieter Huneryager** Me too. Thanks Bob!
Like · Reply · 4h

**Mike Michael** Hey KT. This is a cute pic of you with neo-nazi Alexander Becker. All these pics of you standing with neo-nazis must make you extremely proud.
https://rosecityantifa.org/articles/alexander-becker/

Like · Reply · 4h

College Republicans at the University of Washington



**Source:**
https://www.facebook.com/PatriotPrayerUSA/videos/o.1947623605556449/1403111039811819/?type=2&theater

## Opposition

**Seattle Clinic Defense**
**Description:**
Seattle Clinic Defense is a grassroots group dedicated to comprehensive, medically-accurate, shame-free and affordable reproductive care for all.

We believe in shaking up the tactics in defense of abortion and other reproductive rights. We picket so-called "crisis pregnancy centers" that bully, manipulate and lie to women to serve their religious agenda. We defend genuine abortion clinics and stand in support of their important work. We work with the community to amplify our collective voice for comprehensive health care.

Our facebook page is a forum for organizing and for discussion. We welcome those in support of women's rights and access to full reproductive care, and those looking for more information. We will remove offensive posts and ban those who use offensive language or misrepresent facts.

All are meetings and events are open to the public and we encourage you to attend.
**Source:** https://www.facebook.com/pg/seattleclinicdefense/about/?ref=page_internal

From the stranger:
 *Update: PP is not kidding about opposing these counter-protests. Katie Rogers, Communications Manager of Planned Parenthood of the Great Northwest and the Hawaiian Islands, says: "The safety and privacy of our patients is of the utmost importance. We ask people to respect that privacy and avoid giving voice to the opposition by holding counter protests at our health centers. We understand an urge to protect an organization you care about and be visible, however, we don't think the need to be visible should come at the cost of patient comfort, safety, and privacy. Right now, we have a new majority in the state legislature and there are bills moving that require people to take action and speak out. For instance, the Reproductive Parity Act, the Voting Rights Act, state level Affordable Care Act protections and health care equity. You can find ways to take action **here**." Take note.*

**source:** https://www.thestranger.com/slog/2018/01/10/25697422/seattle-clinic-defense-to-hold-rally-outside-planned-parenthood-on-saturday

It's Going Down - IGD [PS Anarchist]

**Description**:

This group was also at the Milo Yiannopoulis event in 2017

*It's Going Down* is a digital community center for anarchist, anti-fascist, autonomous anti-capitalist and anti-colonial movements. Our mission is to provide a resilient platform to publicize and promote revolutionary theory and action.

What we do:

We publish original content alongside anonymous submissions as well as repost articles from websites which share our perspectives.

We maintain active Twitter, Instagram and Facebook social media accounts, in addition we publish a yearly magazine.

We offer this website through Tor Hidden Services @ http://IGDNEWSdjfmg7kxu.onion (please download and use Tor Browser).

We are anarchists:

We act in the spirit of autonomy, mutual-aid and solidarity. We have no allegiance to representational politics.

**Source:** https://itsgoingdown.org/about/

**Events:**
02/10/18 - Call to action Red Square

This is a call for anarchists and anti-fascists alike to show up in an act of Community Self-Defense against Patriot Prayer, UW College Republicans, and their cohorts. In the past, local fascists have been opposed with black blocs to varying degrees of success. The socialists will attempt to muster a large group to symbolically chant at the fascists. A black bloc would make us stand out from other anti-fascists, making us easier targets for police and fascists alike. Red Square is not a tactically advantageous location for us, so let's change up our tactics.

It's time to get creative. Figure out a plan with your crew ahead of time if you don't want to just spend the day in a shouting match with far-right trolls. What are other ways to frustrate their efforts to recruit, network, travel, and work? How might you and your friends pick different terrain on which to engage, rather than just at the time and place of Patriot Prayer's choosing? When the far-right does choose the terrain like this, how might we use the situation to our advantage rather than devolving into a face-to-face shouting match with the cops on their side?

**Source:** https://itsgoingdown.org/seattle-wa-call-community-self-defense-red-square-saturday/

Seattle Anti-Fascist Action

**Description:**

This is a page to help share information about antifascist events in Seattle. Please like and follow!

**Source:**  https://www.facebook.com/pg/SEATTLEAFA/about/?ref=page_internal

**Event:**

Shared Seattle Clinic Defense Event for 2/10

**FB Post Screenshot:**



**Event: FB post about "who we are"**

"…finally are we willing to fight? get our hands dirty? yes. will violence be our first choice? no, oh hell no. do we protest? yes, are open to working with like minded progressive groups from time to time but only when we are able to. so are we an evil terrorist organization? if your definition of terrorist is someone who is willing to fight for an america where a man or woman of any race, gender ID, religion, or sexual preference can walk through down town seattle late at night, and not have to worry about being targeted for any previous reasons, then you my friend should look up terrorist.

we don't want chaos and terror. we want freedom, justice, and equality for everyone. we want an honorable society, where people come first. We are working class just like all of you are, and we will continue to fight for our rights"

**Source:** https://www.facebook.com/SEATTLEAFA/posts/575569836128409

**Event: FB post 2/6/17**

One of our members snatched this poster on the UW campus today. The bottom text, if you cant read says: come join us for our "second shot" at making a more free UW. The last time campus republicans held a rally similar to this one, a peaceful counter-protester was shot (nearly fatally). This is disgusting and unacceptable. We will strike the fascists with every bit of force we have with the utmost brutality possible.



**Source:** https://www.facebook.com/SEATTLEAFA/posts/575201292831930

**Event: FB Post 2/5/18**



**Event: FB Post 2/3/18**

We have gotten reports that there be open carry nazis and armed proudboys attending the event at UW. We urge caution but also courage. <span style="color:#c0392b">We cannot back down out of fear, nor can we back down at all. We must unite to stop these scumbags in their tracks.</span> See you all there ❤🏴🕊

**Source:** https://www.facebook.com/SEATTLEAFA/posts/573517763000283

---

Redneck Revolt

**Description:**

Redneck Revolt is a national network of community defense projects from a broad spread of political, religious, and cultural backgrounds. It is a pro-worker, anti-racist organization that focuses on working class liberation from the oppressive systems which dominate our lives. In states where it is legal to practice armed community defense, many branches choose to become John Brown Gun Clubs, training ourselves and our communities in defense and mutual aid.

This project was founded in June 2016, by several members of previous similar community defense formations in Kansas and Colorado. We have dozens of vetted branches, united under our common goals as outlined in our principles and organized through a collaboratively built national network. Our national network members come from a variety of ideological backgrounds - libertarians, humanists, anarchists, republicans, communists, and independents. In this project, political ideology is less important to us than our ability to agree on our organizing principles and work together. Many people nationwide have become politicized for the first time over the last several years and are now seeking ways to get involved and protect vulnerable members of their community and keep them safe, while also finding direct ways to dismantle the systemic forms of race and class oppression which have kept us subjugated. We are ready to learn and work with anyone who recognizes the urgency of building community defense networks to protect each other and strengthen our capacity to resist.

**Source:** https://www.redneckrevolt.org/about

---

Punks for progress

**Description:**
Punks For Progress: radical politics and Punk Rock! A podcast and page run by a coupl'a ol' Punk Rockers, a nephew and uncle, actually - Aaron, and Punker Mike, respectively. We discuss lotsa Punk Rock stuff and attend alot of Punk Rock events, and we discuss alot of radical politics and are involved in alot of direct street actions! This is where we dump it all!
AARON is an Anarchist, IWW member, and long time Punk Rock promoter and musician - performing for

The Emperors, Scurvy Bastards, Everskwelch, the Convulsionaires, and many others.

PUNKER MIKE is a working class, independent business owner, who leans to the more radicalized Left of your average New Deal/FDR/Berniecrat.

Our two ideologies, essentially so diametrically opposed and often even at heated odds with each other in most circumstances, are not an issue here... we are family! Literally! We feel this brings a unique perspective to the dialogue of the TRUE Left. P4P DOES NOT REPRESENT, NOR ARE WE ENDORSED IN ANY WAY by the IWW!

Be sure to subscribe to our Youtube er whatever!!

https://www.youtube.com/channel/UCrKDqm_Q8i42tZSsXLmLz3Q

**Source**: https://www.facebook.com/pg/punksforprogress/about/?ref=page_internal


Punks for progress – cont'd

**Events:** Shared Seattle Clinic Defense Event for 2/10


Greater Seattle IWW Defense Committee Local 24

**Description:**

The aim of this organization shall be to provide defense and relief to members of the working class who are being persecuted for their role in the struggle.


**Source:**

https://www.facebook.com/SeattleGDC/?hc_ref=ARRjMQ6xGVAcACCDuNoL9wKCoJn2dDskGkqQOgiGyJ4aHYqRlkF6Cxuqs_IgvrA9PYg&fref=nf


**Event:**

Shared Seattle Clinic Defense Event for 2/10


---

Anarchy Now

**Description:**

The Anarchy Now facebook page is a tool for social anarchists to spread information and communicate with each other. We stand in solidarity with anarcho-syndicalists, anarcha-feminists, black flag militants, queer anarchists, the IWW, and any other libertarian socialist movement.

We do not support "anarcho" capitalism. We find that movement to have inherently oppressive qualities and functions contrary to the political theory of anarchism. We believe in organizational equality and mutuality, and we reject hierarchy.



We should not confuse anarcho-communism with state communism (for obvious reasons). Anarcho-communism comes from, among other things, Pyotr Kropotkin's theory, and does not advocate coercion. Kropotkin advocated a communist society free from central government and based on voluntary associations between workers.

Here stands our model, and love is our creed.

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC DISTRIBUTION

Comment from Comrade Bumblejack share:  Come if you can, bring a friend, take action at whatever level you feel comfortable with whether it is holding a sign, creating noise to drown them out, or punching one of them in the face. Your level of involvement is your choice, but please don't just let this happen.

**Source:** https://www.facebook.com/pg/Anarchy-Now-252244961571491/about/?ref=page_internal

Global Antifa
**Description:**
The internet is no longer secure.
As members of Anonymous, it is our duty to continue to keep the web free and to protect our privacy. Firefox and Microsoft were both mentioned as the most trusted companies for privacy and security. This is not true; rather it could be a ploy to make us feel even more comfortable while they continue to implement new tracking technologies.
VPNs do nothing but hide your IP, but what about your MAC address, and the actual hosting provider's IP for their firewall? No matter what you can be traced back. This is even more true for apps and mobile devices. You have no idea what is going on behind the scenes. Apps can continue to track you even after you shut off your device, and even if you have no internet connection. The tracking technologies behind apps are the biggest concern because the fact of the matter is they are watching us.
The entire idea of affiliate marketing is based around proving that you are an actual person and not a bot, and to do that they think of new ways to create a digital thumbprint for every user. No plugin that currently exists is going to stop this. Even by doing a simple Google search, you are being tracked. Just look at the URL. These contain private information about each link and user associated with it to establish a trend. To have accurate information, they have to prove that you are a real person and not just a bot. It is easier than you think.
We could have prevented the incarceration of Anons if we would have kept on the technology. In that regard, we are failing and losing the battle of keeping the Internet free.
#OpOpenSource is an ongoing dev project that patches the web and makes the Internet 100% private again by coming out with technologies to kill tracking systems.
Fellow Anons, we can collectively build an open source browser or a patch for all devices and systems that makes the Internet completely secure again...
We are talking fake imprinted Mac addresses, device IDs, automatic longitude/latitude manipulation, fake IP, bot manipulators to through off tracking APIs, and automatic encryption. That's just to start. The idea is to stay ahead of the curve and continue to patch every tracking method that comes out as soon as we can. So bring your skill sets, and what ever time you have to lend. It's time to jailbreak the web.

Anonymous

We are Anonymous. We do not forgive. We do not forget. Expect us.

**Source:** https://www.facebook.com/pg/GobalAntifa/about/?ref=page_internal

**Event:**
Shared Seattle Clinic Defense Event for 2/10