# Exhibit 1

Case 2:18-cv-00189-MJP   Document 39-1   Filed 03/27/18   Page 1 of 3

**From:** Rene Singleton <sniglet@uw.edu>
**Sent:** Friday, October 13, 2017 1:51 PM
**To:** Craig L. Wilson; Chris Jaross
**Subject:** FW: College Republican Speaker Meeting

Please give me a call when you can about this proposed speaker: Joe Gibson, Prayer Patriots.

---

**From:** Rene Singleton <sniglet@uw.edu>
**Date:** Friday, October 13, 2017 1:43 PM
**To:** UW College Republicans <uwrepublicans@gmail.com>
**Subject:** Re: College Republican Speaker Meeting

Thanks for our meeting today.
We will wait to hear more from you all regarding date and location decisions for your proposed Joe Gibson, Patriot Prayer lecture in November. Please remember, secure your event location before advertising. We will wait for your time confirmation for our meeting next Friday with you, ▊ and the other officers. Have a nice weekend.
R

---

**From:** UW College Republicans <uwrepublicans@gmail.com>
**Date:** Friday, October 13, 2017 11:49 AM
**To:** Rene Singleton <sniglet@uw.edu>
**Subject:** Re: College Republican Speaker Meeting

Class ran a bit late, I'm close

On Oct 13, 2017 11:48 AM, "Rene Singleton" <sniglet@uw.edu> wrote:

> Hey where are you guys? Do you want to reschedule?
> Thanks,
> Rene

---

**From:** UW College Republicans <uwrepublicans@gmail.com>          FERPA
**Date:** Friday, October 6, 2017 1:27 AM                            RCW 42.56.070(1)
**To:** Rene Singleton <sniglet@uw.edu>
**Subject:** Re: College Republican Speaker Meeting

That works. I will try to get our speaker info organized and confirmed so the meeting goes well.

On Oct 6, 2017 12:14 AM, "Rene Singleton" <sniglet@uw.edu> wrote:

> Hey ▊ our schedules are calming down now we've figured out a few operational things now that Phil Hunt has retired. If you'd like to meet next Friday, October 13 at 11:30 we are available. Let me know if that works for you to chat about speakers. Just trying to catch up with lots of RSO leaders now that we are "calmer". Let me know, thanks for your patience.
>
> Rene
>
>
> Rene Singleton
> University of Washington
> Assistant Director of Student Activities • HUB
> HUB 232, Box 352238
> Seattle, WA 98195-2238
> (206) 616-0295 • (206) 543-2380
> sniglet@uw.edu

**From:** UW College Republicans <uwrepublicans@gmail.com>
**Sent:** Thursday, September 28, 2017 6:20 PM
**To:** Rene Singleton
**Subject:** Re: College Republican Speaker Meeting

Mondays, Wednesdays, and Fridays at 11:30 are good for us.

On Thu, Sep 28, 2017 at 4:23 PM, Rene Singleton <sniglet@uw.edu> wrote:

> What days of the week ▇▇▇ work best (for example: Tuesday and Thursdays at 3 pm), please share three, I check my calendar and we can set something up similar to last year's meetings. Let look at the week of October 16-20— school will not be feeling new and things around our office will be a little more settled? Also, I'll be introducing you to your new SAO Adviser when we meet too. Thanks.
> Rene

---

**From:** UW College Republicans <uwrepublicans@gmail.com>
**Date:** Thursday, September 28, 2017 3:51 PM
**To:** Rene Singleton <sniglet@uw.edu>
**Subject:** College Republican Speaker Meeting

FERPA
RCW 42.56.070(1)

Hello Rene,

This is ▇▇▇ from the College Republicans.

We would like to meet soon to talk about planning for speakers and get some information on our best way to go about it. We are currently planning on bringing two speakers:

One in winter who we haven't confirmed yet,

And Milo again in April (the date we have currently planned is April 18th, but we are trying to get them to agree to a change to a Saturday)

Please let me know what time will work best for this.

Thank you,
President of the UW College Republicans
▇▇▇▇▇▇▇▇