# Exhibit 2

Thank you we will have a lot to discuss.
R

Get Outlook for iOS
**From:** UW College Republicans <uwrepublicans@gmail.com>
**Sent:** Tuesday, October 17, 2017 3:10:49 PM
**To:** Rene Singleton
**Subject:** ███████████

FERPA
RCW 42.56.070(1)

Rene,

I am sorry that ███ from Patriot Pray contacted you and was so pushy. I was unaware that ██ would do this, in fact I specifically told ██ that ██ would not be present in the planning between the school and the College Republicans. It was incredibly out of line for ██ to attempt to go over our heads in order to bother you and attempt to expedite the process. I will make sure ██ gets the message, and I will contact you again soon.

Thank you.

--
UWCR President
███████████████

FERPA
RCW 42.56.070(1)

University of Washington College Republicans
Making UW Great again
uwrepublicans.com
https://www.facebook.com/CollegeRepublicansUW
Weekly Meetings - Wednesdays @ 6PM - Thomson Hall, Room 119


Again, ████ they are the sponsoring organization and you are encouraged to follow their timelines.
Thanks,
R

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@gmail.com>
**Date:** Tuesday, October 17, 2017 12:47 PM
**To:** Rene Singleton <sniglet@uw.edu>
**Subject:** Re: Meeting for UW Republican event.

I've already done so and they said they can't have a meeting until Friday, which with the event quickly approaching meeting once a week and especially at the end of the week is not providing us a time frame to adequately prepare, promote, and properly execute the event in a manner that is genuinely efficient. I'm hoping that I can potentially shorten the time for a meeting in order to actually finalized some of these details.

FERPA
RCW 42.56.070(1)

On Oct 17, 2017 12:20 PM, "Rene Singleton" <sniglet@uw.edu> wrote:

▮▮▮▮
First I recommend that you contact the leaders of the College Republicans. We work with the leadership of each RSO with their program plans and encourage you to do the same. I am referring you to the leadership of the CR's, they can provide you with specifics about their event.
There is no need for us to meet at this time ▮▮▮ Thanks.
Rene

▮▮▮▮
First I recommend that you contact the leaders of the College Republicans. We work with the leadership of each RSO with their program plans and encourage you to do the same. I am referring you to the leadership of the CR's, they can provide you with specifics about their event.
There is no need for us to meet at this time ▮▮▮ Thanks.
Rene

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@gmail.com>
**Date:** Tuesday, October 17, 2017 11:40 AM

**To:** Christina Coop <cmcoop@uw.edu>, Rene Singleton <sniglet@uw.edu>
**Subject:** Meeting for UW Republican event.

FERPA
RCW 42.56.070(1)

Hello, my name is ▇▇▇▇▇▇▇▇ and I am in direct representation of the Patriot prayer group who is being invited to the event for November 2nd. Event details have become murky and the timeline is quickly approaching. The ability to meet only once a week has increased the urgency of actually trying to get these details straightened out. And I'm requesting a meeting with one or both of you in order to square off these event details. Working with the college Republicans has been rather slow and we are needing confirmation as soon as possible if you can provide me a time and date that I can meet with you that would be fantastic.

You can reach me at my student
 E-Mail: ▇▇▇▇@uw.edu
Phone: ▇▇▇▇▇▇▇
Or returning this email.

Thank you for your time sincerely,

▇▇▇▇▇▇▇▇