# Exhibit 3

# A Noteworthy Update!

Rene Singleton
Wed 10/18/2017 10:28

To: Craig L. Wilson <craigw@uw.edu>; Chris Jaross <cjaross@uw.edu>;
Cc: Justin Camputaro <jcamp77@uw.edu>;

Please note (read) text below, that the College Republicans have cancelled the speaking engagement with representatives from Patriot Prayer.
We will still be meeting with the CR's on Friday. Let me know if you have questions. Thanks,
R
---------
We should meet anyway. Thank you for sharing this information see you on Friday.

Get Outlook for iOS

---

**From:** UW College Republicans <uwrepublicans@gmail.com>
**Sent:** Tuesday, October 17, 2017 9:19:58 PM
**To:** Rene Singleton
**Subject:** Re: ▇

We have canceled the event. ▇ is too unprofessional for us to be risking working with ▇. If you would like to still meet on friday, we are all still free.

On Tue, Oct 17, 2017 at 3:36 PM, Rene Singleton <sniglet@uw.edu> wrote:
> Thank you we will have a lot to discuss.
> R

Get Outlook for iOS

---

**From:** UW College Republicans <uwrepublicans@gmail.com>
**Sent:** Tuesday, October 17, 2017 3:10:49 PM
**To:** Rene Singleton
**Subject:** ▇

Rene,

I am sorry that ▇ from Patriot Pray contacted you and was so pushy. I was unaware that ▇ would do this, in fact I specifically told ▇ that ▇ would not be present in the planning between the school and the College Republicans. It was incredibly out of line for ▇ to attempt to go over our heads in order to bother you and attempt to expedite the process. I will make sure ▇ gets the message, and I will contact you again soon.

Thank you.

--
UWCR President
▇

University of Washington College Republicans
Making UW Great again
uwrepublicans.com
https://www.facebook.com/CollegeRepublicansUW
Weekly Meetings - Wednesdays @ 6PM - Thomson Hall, Room 119


--
UWCR President
▇

University of Washington College Republicans
Making UW Great again
uwrepublicans.com
https://www.facebook.com/CollegeRepublicansUW
Weekly Meetings - Wednesdays @ 6PM - Thomson Hall, Room 119