Honorable Marsha J. Pechman
Hearing Date: April 17, 2018
Hearing Time: 10:00 a.m.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON; and CHEVY SWANSON, an Individual,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ANA MARI CAUCE, in her official capacity as president of the University of Washington; GERALD J. BALDASTY, in his official capacity as provost and executive vice president; RENE SINGLETON, individually and in her official capacity as assistant director, Student Activities; CHRISTINA COOP, individually and in her official capacity as senior activities advisor, Student Activities; JOHN N. VINSON, individually and in his official capacity as Chief of the University of Washington, Seattle, Police Department; CRAIG WILSON individually and in his official capacity as University of Washington, Seattle, Police Department Patrol Commander; and DOES 1-25;<br><br>　　　　　　　　　　Defendants. | No. 2:18-CV-00189 MJP<br><br>DECLARATION OF JAMIE L. LISAGOR |

DECLARATION OF JAMIE L. LISAGOR - 1
(Case No. 2:18-CV-00189 MJP)
10010 00124 hc267k588d

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

I, JAMIE L. LISAGOR, state as follows:

1. I am a partner at Pacifica Law Group LLP ("Pacifica"), counsel of record for the Defendants in the above-captioned matter. I am over the age of 18, am competent to testify, and offer this declaration based on my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the University of Washington's "Outdoor Events & Reservations" webpage, at https://facilities.uw.edu/catalog/outdoor-events. Plaintiffs cite this webpage in their Motion for Preliminary Injunction. Dkt. 27, at 14.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 27th day of March, 2018.

      /s/  Jamie L. Lisagor
      JAMIE L. LISAGOR

DECLARATION OF JAMIE L. LISAGOR - 2
(Case No. 2:18-CV-00189 MJP)
10010 00124 hc267k588d

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2018, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 27th day of March, 2018.

_____
Dawn M. Taylor

DECLARATION OF JAMIE L. LISAGOR - 3
(Case No. 2:18-CV-00189 MJP)
10010 00124 hc267k588d

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750