UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON; CHEVY SWANSON**, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**ANA MARI CAUCE**, individually and in her official capacity as president of the University of Washington; **GERALD J. BALDASTY**, individually and in his official capacity as provost and executive vice president; **RENE SINGLETON**, individually and in her official capacity as assistant director, Student Activities; **CHRISTINA COOP**, individually and in her official capacity as senior activities advisor, Student Activities; **JOHN N. VINSON**, individually and in his official capacity as Chief of the University of Washington, Seattle, Police Department; **CRAIG WILSON** individually and in his official capacity as University of Washington, Seattle, Police Department Patrol Commander; and DOES 1-25;<br><br>Defendants. | NO. 2:18-cv-00189-MJP<br><br>STIPULATION AND ORDER TO PERMIT FILING OF SECOND AMENDED COMPLAINT<br><br>**Note on Motion Calendar: March 20, 2018** |

## STIPULATION

The parties hereby stipulate, through their respective counsel of record, that Plaintiffs may file the attached Second Amended Complaint without leave of court.

DATED this 26th day of March, 2018.

| PACIFICA LAW GROUP | FREEDOM X |
|---|---|
| By /s/ Jamie L. Lisagor<br>　Paul J. Lawrence, WSBA #13557<br>　Jamie L. Lisagor, WSBA #39946 | By /s/ William J. Becker, Jr.<br>　William J. Becker, Jr. (Pro Hac Vice) |
| Attorneys for Defendants | ELLIS LI & McKINSTRY PLLC<br>　Kyle D. Nutterfield, WSBA #27101 |
| | Attorneys for Plaintiffs |

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that Plaintiff's Second Amended Complaint is deemed filed.

DATED this 27th day of March, 2018.

_____
Marsha J. Pechman
United States District Judge

Presented by:

FREEDOM X

By /s/ William J. Becker, Jr.
　William J. Becker, Jr. (Pro Hac Vice)