UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON; CHEVY SWANSON<br><br>Plaintiffs,<br><br>v.<br><br>ANA MARI CAUCE, et al.,<br><br>Defendants. | CASE NO. C18-189-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Plaintiffs' "Objections to Defendants' Evidence," which effectively seek to strike certain materials included in support of Defendants' Response to the Motion for a Preliminary Injunction. Under Local Rule 7(g), "[r]equests to strike material contained in or attached to submissions of opposing parties shall not be presented in a separate motion to strike, but shall instead be included in the responsive brief, and will be considered with the underlying motion." LCR 7(g).

1   To the extent that Plaintiffs wish to have their objections considered by the Court, they

2   must include them in their responsive brief. Therefore, Plaintiffs are directed to re-file any

3   amended Reply within five days of the date of this Order.

4   The clerk is ordered to provide copies of this order to all counsel.

5   Filed April 3, 2018.

                                William M. McCool
                                Clerk of Court

                                s/Paula McNabb
                                Deputy Clerk