Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON; and CHEVY SWANSON, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>ANA MARI CAUCE, individually and in her official capacity as president of the University of Washington; GERALD J. BALDASTY, individually and in his official capacity as provost and executive vice president; RENE SINGLETON, individually and in her official capacity as assistant director, Student Activities; CHRISTINA COOP, individually and in her official capacity as senior activities advisor, Student Activities; JOHN N. VINSON, individually and in his official capacity as Chief of the University of Washington, Seattle, Police Department; CRAIG WILSON individually and in his official capacity as University of Washington, Seattle, Police Department Patrol Commander; and DOES 1-25;<br><br>Defendants. | No. 2:18-CV-00189 MJP<br><br>STIPULATED MOTION FOR SIXTY DAY CONTINUANCE OF PRELIMINARY INJUNCTION HEARING<br><br>[PROPOSED]<br><br>NOTE ON MOTION CALENDAR: APRIL 11, 2018 |

## STIPULATION

Plaintiffs College Republicans of the University of Washington and Chevy Swanson and Defendants (collectively, the "Parties"), by and through their counsel of record, hereby stipulate

STIPULATED MOTION FOR 60 DAY CONTINUANCE
OF PRELIMINARY INJUNCTION HEARING - 1
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

and jointly move for a sixty-day continuance of the Preliminary Injunction hearing currently set for April 17, 2018, so that the Parties may engage in discussions to reach agreement and resolve the pending case.

The new date for the Preliminary Injunction hearing is subject to the Court's availability.

STIPULATED TO this 11th day of April, 2018.

| PACIFICA LAW GROUP LLP | FREEDOM X |
|---|---|
| By *s/ Paul J. Lawrence*<br>   Paul J. Lawrence, WSBA # 13557<br>   Jamie L. Lisagor, WSBA # 39946 | By *s/ William J. Becker, Jr.*<br>   William J. Becker, Jr. (*admitted Pro Hac Vice*) |
| Attorneys for Defendants | ELLIS, LI & McKINSTRY PLLC<br>Kyle D. Netterfield, WSBA #27101 |
| | Attorneys for Plaintiffs |

## ORDER

Based upon the above stipulated motion, the Court continues the Preliminary Injunction Hearing for sixty days and schedules it for _____, 2018.

IT IS SO ORDERED this _____ day of April, 2018.

_____
Honorable Marsha J. Pechman
United States District Court Judge

STIPULATED MOTION FOR 60 DAY CONTINUANCE
OF PRELIMINARY INJUNCTION HEARING - 2
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Presented by:

PACIFICA LAW GROUP LLP

By *s/ Paul J. Lawrence*
    Paul J. Lawrence, WSBA # 13557
    Jamie L. Lisagor, WSBA # 39946

Attorneys for Defendants

FREEDOM X

By *s/ William J. Becker, Jr.*
William J. Becker, Jr. (*admitted Pro Hac Vice*)

ELLIS, LI & McKINSTRY PLLC
Kyle D. Netterfield, WSBA #27101

Attorneys for Plaintiffs

STIPULATED MOTION FOR 60 DAY CONTINUANCE
OF PRELIMINARY INJUNCTION HEARING - 3
(Case No. 2:18-CV-00189 MJP)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750