Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEGE REPUBLICANS OF THE UNIVERSITY OF WASHINGTON; and CHEVY SWANSON, an Individual,<br><br>                                Plaintiffs,<br>    v.<br><br>ANA MARI CAUCE, individually and in her official capacity as president of the University of Washington; GERALD J. BALDASTY, individually and in his official capacity as provost and executive vice president; RENE SINGLETON, individually and in her official capacity as assistant director, Student Activities; CHRISTINA COOP, individually and in her official capacity as senior activities advisor, Student Activities; JOHN N. VINSON, individually and in his official capacity as Chief of the University of Washington, Seattle, Police Department; CRAIG WILSON individually and in his official capacity as University of Washington, Seattle, Police Department Patrol Commander; and DOES 1-25;<br><br>                                Defendants. | No. 2:18-CV-00189 MJP<br><br>STIPULATED MOTION FOR SIXTY DAY CONTINUANCE OF PRELIMINARY INJUNCTION HEARING AND SIXTY DAY EXTENSION TO FILE FRCP 26(f) REPORT<br><br>NOTE ON MOTION CALENDAR: APRIL 11, 2018 |

STIPULATED MOTION FOR 60 DAY CONTINUANCE
OF PRELIMINARY INJUNCTION HEARING AND
SIXTY DAY EXTENSION TO FILE FRCP 26(f) REPORT
(Case No. 2:18-CV-00189 MJP)

## STIPULATION

Plaintiffs College Republicans of the University of Washington and Chevy Swanson and Defendants (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and jointly move for a sixty-day continuance of the Preliminary Injunction hearing currently set for April 17, 2018, so that the Parties may engage in discussions to reach agreement and resolve the pending case. For the same purpose, the Parties also stipulate and jointly move for a sixty-day extension of time to file the FRCP 26(f) report, which is currently due April 17, 2018.

The new date for the Preliminary Injunction hearing is subject to the Court's availability.

STIPULATED TO this 11th day of April, 2018.

PACIFICA LAW GROUP LLP

By *s/ Paul J. Lawrence*
   Paul J. Lawrence, WSBA # 13557
   Jamie L. Lisagor, WSBA # 39946

Attorneys for Defendants

FREEDOM X

By *s/ William J. Becker, Jr.*
   William J. Becker, Jr. (*admitted Pro Hac Vice*)

ELLIS, LI & McKINSTRY PLLC
Kyle D. Netterfield, WSBA #27101

Attorneys for Plaintiffs

STIPULATED MOTION FOR 60 DAY CONTINUANCE
OF PRELIMINARY INJUNCTION HEARING AND
SIXTY DAY EXTENSION TO FILE FRCP 26(f) REPORT
(Case No. 2:18-CV-00189 MJP)

## ORDER

Based upon the above stipulated motion, the Court continues the Preliminary Injunction hearing for sixty days and extends the time to file the FRCP 26(f) report by sixty days. The Preliminary Injunction hearing is scheduled for June 19, 2018. The FRCP 26(f) report is due July 3, 2018.

IT IS SO ORDERED this 11th day of April, 2018.

_____
Marsha J. Pechman
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP

By *s/ Paul J. Lawrence*
    Paul J. Lawrence, WSBA # 13557
    Jamie L. Lisagor, WSBA # 39946

Attorneys for Defendants


FREEDOM X

By *s/ William J. Becker, Jr.*
William J. Becker, Jr. (*admitted Pro Hac Vice*)


ELLIS, LI & McKINSTRY PLLC
Kyle D. Netterfield, WSBA #27101

Attorneys for Plaintiffs

STIPULATED MOTION FOR 60 DAY CONTINUANCE
OF PRELIMINARY INJUNCTION HEARING AND
SIXTY DAY EXTENSION TO FILE FRCP 26(f) REPORT
(Case No. 2:18-CV-00189 MJP)